UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HANI FADL KAMAL KAMEL,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,[1]

Respondents.

No.  1:26-cv-01037-DAD-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 13)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2026, the undersigned granted petitioner's motion for temporary restraining order requiring his immediate release from immigration custody.  (Doc. No. 10.)  On July 14, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 13.)  Specifically, the magistrate judge concluded that, pursuant to the reasoning set forth in the

[1]  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, as Attorney General, automatically substitutes in place of respondent Pamela Bondi, Markwayne Mullin, as Secretary of the Department of Homeland Security, automatically substitutes in place of respondent Kristi Noem, and David Venturella, as acting director of Immigration and Customs Enforcement, automatically substitutes in place of Todd Lyons.  Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").

1

undersigned's order granting petitioner's motion for a preliminary injunction (Doc. No. 10) as well as that in *Sarfaraz Mohammed v. Murray*, No. 1:25-cv-01761-TLN-DMC-HC, WL 124866 (E.D. Cal. Jan. 15, 2026), *report and recommendation adopted*, No. 1:25-CV-01761-TLN-DMC, 2026 WL 311864 (E.D. Cal. Feb. 5, 2026), the previously granted preliminary injunctive relief should be converted into a permanent injunction. (*Id.* at 2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1.    The findings and recommendations filed on July 14, 2026 (Doc. No. 13) are ADOPTED in full;

2.    Petitioner's petitioner for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner written notice and a pre-detention hearing before an immigration judge where respondents will have the burden to demonstrate that petitioner is a danger to the community or flight risk;

3.    The Clerk of the Court is directed to substitute Todd Blanche in place of respondent Pamela Bondi, substitute Markwayne Mullin in place of respondent Kristi Noem, and substitute David Venturella in place of respondent Todd Lyons; and

/////

/////

/////

2

4.    The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **August 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE